# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140419 & (26)(27)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONDO JUERONIMORE SMITH-BEY,
      Defendant-Appellant.

SC: 140419
COA: 294052
Oakland CC: 2006-207430-FC

_____/

      On order of the Court, the application for leave to appeal the January 6, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appointment of counsel and motion to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

d0719